LEONARD BOYER, RESPONDENT, *v.* HIRAM BOYER, APPELLANT.

Judgment affirmed with costs.

HARDIN, J., not voting.

---

IN THE MATTER OF CHARLES H. SEDGWICK, AN IMPRISONED DEBTOR.

Order appealed from affirmed without costs. *Held*, it appearing that the debtor rented the farm of Redick for a term of years, at a yearly rent of $1,000, and it being the presumption in the absence of proof to the contrary, that the right to the rents reserved by the lease passed to the wife of the debtor by the conveyance of the farm from Redick to her, the debtor apparently owed her on account of rent an amount exceeding the value of the property turned over by him to Redick on the settlement, and there is no evidence of a gift to his wife or of a disposition of any part of his property with a view to the future benefit of himself or his family.

---

THERON ZIMMERMAN, APPELLANT, *v.* ELIJAH S. COON, RESPONDENT.

Order appealed from affirmed, with ten dollars costs and disbursements.

*Miller* v. *Hooper* (19 Hun, 394) followed.

Section 297 of the Code of Procedure exempts the personal earnings of a debtor for the preceding sixty days, necessary for the use of a family supported by his labor from being reached by legal proceedings against him. It did not appear that the debtor had any legal claim to the earnings of his assistants or to the house on his wife's lot, which it was unjust for him to refuse to apply to the payment of his debts. His claim for the value of his files used by him in the business, like the files themselves, is exempt. (*Tillotson* v. *Wolcott*, 48 N. Y., 188.)